**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WALLACE JONES, | Case No. CV 14-9872 SS |
| Plaintiff, | |
| v. | **JUDGMENT** |
| THE BEST SERVICE COMPANY, | |
| Defendant. | |

Pursuant to the Court's Memorandum and Order Granting Motion to Dismiss Second Amended Complaint, which dismissed the Second Amended Complaint without leave to amend,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED:  February 6, 2017

_____
/S/
SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE